IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRIAN RIDLEY,
ADC #132246                                                                                           PLAINTIFF

v.                                              4:17CV00406-JTK

DOC HOLIDAY, et al.                                                                              DEFENDANTS

ORDER

On July 28, 2017, I issued a Partial Recommended Disposition, recommending that Defendant Doc Holiday be dismissed, and that any claim based on the Americans with Disabilities Act be dismissed. (Doc. No. 8). On September 13, 2017, the parties consented to transfer to me, all further proceedings in this action (Doc. No. 19). Therefore, the July 28, 2017 Recommended Disposition shall now be treated as an Opinion (Order) of the Court.

IT IS SO ORDERED this 19th day of September, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE